### 19824. BYRD *v.* THIGPEN.

BROYLES, C. J. 1. "The provision in the act of 1910 (Acts of 1910, p. 90, Park's Ann. Code, § 828(e)), that any person operating an automobile on any of the highways of this State shall 'upon approaching a bridge, dam, high embankment, sharp curve, descent or *crossing of intersecting highways* [italics ours] and railroad crossings,' so operate the same as that he may 'have it under control and operate it at a speed not greater than six miles per hour,' is applicable to the public streets of a municipality." *Moye* v. *Reddick,* 20 *Ga. App.* 649, 652 (93 S. E. 256), and cit. This ruling is not in conflict with the decision in *Shannon* v. *Martin,* 164 *Ga.* 872 (139 S. E. 671, 54 A. L. R. 1246), where it was held that "the provisions of the second paragraph of section 2 of the act of the General Assembly approved August 15, 1921 (Ga. L. 1921, p. 255), relating to the speed of motor-vehicles upon approaching or traversing intersecting highways, do not apply to intersecting streets of a city." The language of the provisions in the two acts is materially different, and the reasoning in the *Shannon* case can not be applied to the act of 1910.

2. Under the facts of the case this court can not hold that the verdict (for $2,000) was excessive.

3. None of the other special grounds of the motion for a new trial show cause for a reversal of the judgment.

4. The verdict was authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 23, 1929.

*G. A. Whitaker, Copeland & Dukes,* for plaintiff in error.
*Wilcox, Connell & Wilcox,* contra.